| UNITED STATES BANKRUPTCY COURT<br>Northern District of California (Oakland) | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor:<br>Marie Lourdes Forestant | Case Number:<br>10-74919 | |
| Name of Creditor:<br>The Bank of New York Mellon as Trustee for Nationstar Home Equity Loan Trust 2007-B | | **COURT USE ONLY** |
| Name of Current Servicer of account:<br>Nationstar Mortgage, LLC | | |
| Name and Address where notices should be sent:<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741<br><br>Telephone Number: 877-343-5602 | | X Check this box if you are changing the address that notices will go to. |
| Name and Address where payments should be sent (if different from above):<br>Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX  75261-9741 | | X Check this box if you are changing the address that payments will go to. |
| **1. Account Number: 0075** | | ☐ Check this box if the account number has changed. |

2. Signature

   Check the appropriate box.
   ☐ I am the creditor.
   ☒ I am the creditor's authorized agent (Attached copy of power of attorney, if any.)
   ☐ I am the trustee, or the debtor.
   ☐ I am a guarantor, surety, indorser, or other codebtor.

   /s/ Michael Daniels                     Date:  03/27/2015
   Michael Daniels - Assistant Secretary

1219268-a0150f03-8ffe-492f-8065-b287b17af9cb
Case: 10-74919    Doc#: 45    Filed: 03/27/15    Entered: 03/27/15 13:36:44    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT

Northern District of California (Oakland)

Chapter 13 No. 10-74919

In re:                                                Judge: Judge Charles Novack

Marie Lourdes Forestant

                                          Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:            Marie Lourdes Forestant
                    478 Vernon Street, Apt 2
                    Oakland, CA 94610

Debtor's Attorney:     Patrick L. Forte
                               Law Offices of Patrick L. Forte
                               1 Kaiser Plaza ;480
                               Oakland, CA 94612-3610

Trustee:          Martha G. Bronitsky
                    P.O. Box 9077
                    Pleasanton, CA 94566

/s/ Bill Taylor - Member of 4 S Technologies, LLC,

Authorized Agent for Nationstar Mortgage LLC,

through Walz Group as mailing agent